|   |   |
|---|---|
| ✓ | **Priority** |
| ✓ | **Send** |
| ___ | Clsd |
| ✓ | **Enter** |
| ✓ | **JS-6** |
| ___ | JS-2/JS-3 |
| ___ | Scan Only |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANA LACKEY, )  Case No. CV 07-01250 DDP (RZx)
            )
    Plaintiff, )  **ORDER OF DISMISSAL**
            )
    v.      )
            )
THE PRUDENTIAL INSURANCE )
COMPANY OF AMERICA; )
CINGULAR (formerly AT&T Wireless )
Services, Inc.) EMPLOYMENT )
BENEFIT PLAN, )
            )
    Defendants. )
_____ )

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: February 22, 2008

_____
DEAN D. PREGERSON
United States District Judge